**U.S. Department of Justice**

*United States Attorney's Office*
*District of New Jersey*

*Richard G. Shephard*
*Assistant United States Attorney*

*402 E. State Street, Room 430*
*Trenton, New Jersey 08608*

*Richard.Shephard@usdoj.gov*
*609-656-2558*

August 4, 2026

The Honorable Zahid N. Quraishi
United States District Judge
Clarkson S. Fisher Building & U.S. Courthouse
402 East State Street
Trenton, NJ 08608

Re: *United States v. Ibrahim Kone*
Crim. No. 25-749 (ZNQ)

Dear Judge Quraishi:

Defendant Ibrahim Kone has pled guilty in this matter and is scheduled to be sentenced before Your Honor on August 27, 2026. The Government has conferred with Mr. Kone's counsel, and the parties jointly request that Mr. Kone's sentencing be adjourned to a later date.

Thank you for the Court's attention to this request.

Respectfully submitted,

ROBERT FRAZER
United States Attorney

*Richard G. Shephard*
RICHARD G. SHEPHARD
Assistant United States Attorney

Sentencing adjourned to December 2, 2026 at 11 AM.

**So Ordered this** 5th **day**
**of** August **,20**26

[signature]
**Hon. Zahid N. Quraishi**
**United States District Judge**